```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110954
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. SACV 15-01171-JVS(MRWx) |
|---|---|
| Plaintiff, | ) <u>JUDGMENT</u> |
| vs. | ) |
| $21,800.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

In accordance with the Order issued on February 24, 2016, IT IS ORDERED AND ADJUDGED that the Judgment is hereby entered in favor of Plaintiff United States of America against Defendant $21,800.00 in U.S. Currency.

DATED: February 25, 2016

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVE R. WELK
Chief, Asset Forfeiture Section

         /s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA